## Case No. 17,400.

### WELLS v. JAQUES.

[Nowhere reported; opinion not now accessible.]